UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| In re Bausch & Lomb, Inc. Contact Lens Solution Products Liability Litigation | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1785 C/A No. 2:06-MN-77777-DCN **Notice and Order for Status/Settlement Conference** |
| **This Order Relates to:** | | |
| Marsh v. Bausch & Lomb, 07-3899 Blevins v. Bausch & Lomb, 08-1274 Hood v. Bausch & Lomb, 07-1846 Bischoff v. Bausch & Lomb, 07-2534 Gonzalez Rivera v. Bausch & Lomb, 07-3223 Simet v. Bausch & Lomb, 08-1968 | | |

Notice is hereby provided of a status/settlement conference for the six individual cases captioned above, on Tuesday June 8, 2010 at 10:00 AM in Courtroom #2, United States Court House, 81 Meeting Street, Charleston, South Carolina. All participants must report to Courtroom #2 at the required time. However, the court will conduct separate conferences with the attorneys for each case.

At least three weeks prior to the hearing, plaintiffs are instructed to provide complete and up to date medical records to defendant, pursuant to the provisions of the Case Management Orders entered in this MDL proceeding.

At least two weeks prior to the hearing, counsel for plaintiff(s) and defendant in each individual case shall separately provide a confidential letter to the court outlining the settlement posture of the case. The letter should be mailed to chambers and emailed to my law clerk at *frank_ulmer@scd.uscourts.gov*. This letter should not be provided to opposing counsel.

Attorneys of record for the parties in the above-captioned cases are instructed to attend the June 8 status/settlement conference. Topics to be addressed include the status of settlement negotiations and the status of discovery.

**AND IT IS SO ORDERED.**

DAVID C. NORTON
CHIEF UNITED STATES DISTRICT JUDGE

April 27, 2010
Charleston, South Carolina